COMMODORE P. MITCHELL, Appellant. *v.* ALEXANDER B.
BAUCUS, Respondent.

*Supreme Court, Third Department, General Term, September* 21, 1889.

*Evidence.   Sheriff.*—In an action for a false return on an execution against
the person, directions given some time before to another sheriff or
deputy as to a prior execution on the same judgment are inadmissible.

Appeal from a judgment entered upon the verdict of a jury
in favor of the defendant, dismissing the complaint.

*L. T. Brackett,* for appellant.

*John Foley,* for respondent.

PER CURIAM.—Evidence of directions given by the plain-
tiff to another sheriff, or his deputy, in regard to his enforce-
ment of another execution issued on this judgment, a year or
so before the execution in question, was inadmissible.  It
tended in no way to justify the defendant for any neglect to
enforce the execution placed in his hands.   Nor did it tend
to prove what directions the plaintiff had given to this de-
fendant.

The evidence in this case was conflicting, and this improper evidence very probably had influence with the jury.

Judgment reversed, new trial granted, costs to abide event.

LEARNED, P. J., and LANDON, J., concur.